■ THEODORE SINGER, Appellant, v GRINNELL FIRE PROTECTION SYSTEMS CO., INC., et al., Respondents.—Order, Supreme Court, New York County (Ethel Danzig, J.), entered on October 26, 1988, unanimously affirmed, for the reasons stated by Ethel Danzig, J., without costs and without disbursements. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Wallach, JJ.